GEORGE L. WEBER *v.* MABEL WEBER,
ADMINISTRATRIX.

[No. 34, October Term, 1935.]

*Decided December 4th, 1935.*

The cause was argued before BOND, C. J., URNER,
OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHN-
SON, JJ.

*August W. Schnepfe,* for the appellant.

*Frederick H. Hennighausen,* with whom were *Hennig-
hausen & Stein* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.